No. 22-11707

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

◆

PAUL A. EKNES-TUCKER, et al.,
*Plaintiffs-Appellees*,

&

UNITED STATES OF AMERICA
*Intervenor-Plaintiff-Appellee*,

v.

ATTORNEY GENERAL OF ALABAMA, et al.,
*Defendants-Appellants*.

◆

On Appeal from the United States District Court
for the Middle District of Alabama
Case No. 2:22-cv-184-LCB

## CERTIFICATE OF INTERESTED PERSONS

Christopher Mills
SPERO LAW LLC
557 East Bay St.,
#22251
Charleston, SC 29451
(843) 606-0640
cmills@spero.law
*Counsel for State Defendants*

Steve Marshall
  *Attorney General*
Edmund G. LaCour Jr.*
  *Solicitor General*
A. Barrett Bowdre
Thomas A. Wilson
  *Deputy Solicitors General*
James W. Davis
  *Deputy Attorney General*
Benjamin M. Seiss
  *Assistant Attorney General*
OFFICE OF THE ATTORNEY GENERAL
501 Washington Ave.
Montgomery, AL 36130
(334) 242-7300
Edmund.LaCour@AlabamaAG.gov

May 23, 2022

*Counsel for Defendants-Appellants*

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1(a)(3) and 26.1-2(b), the undersigned counsel certifies that the following listed persons and parties may have an interest in the outcome of this case:

1.    Academic Pediatric Association – Amicus Curiae;

2.    Alabama Chapter of the American Academy of Pediatrics – Amicus Curiae;

3.    Alaska, State of – Amicus Curiae;

4.    American Academy of Child and Adolescent Psychiatry – Amicus Curiae;

5.    American Academy of Family Physicians – Amicus Curiae;

6.    American Academy of Pediatrics  – Amicus Curiae;

7.    American Academy of Nursing – Amicus Curiae;

8.    American Association of Physicians for Human Rights, Inc. – Amicus Curiae;

9.    American College of Obstetricians and Gynecologists – Amicus Curiae;

10.   American College of Osteopathic Pediatricians – Amicus Curiae;

11.   American College of Physicians – Amicus Curiae;

12.   American Medical Association – Amicus Curiae;

13.   American Pediatric Society – Amicus Curiae;

14.    American Psychiatric Association – Amicus Curiae;

15.    Association of American Medical Colleges – Amicus Curiae;

16.    Association of Medical School Pediatric Department Chairs – Amicus Curiae;

17.    Anderson, Tom – Defendant;

18.    Arizona, State of – Amicus Curiae;

19.    Arkansas, State of – Amicus Curiae;

20.    Baia, Elizabeth – Counsel for Amici Curiae;

21.    Bailey, Daryl D. – Defendant;

22.    Baylock, C. Wilson – Defendant;

23.    Boe, Brianna – Plaintiff (pseudonym);

24.    Bowdre, Alexander Barrett – Counsel for Defendants;

25.    Burke, Liles C. – U.S. District Court Judge;

26.    Cantrell, Michael A. – Counsel for Amici Curiae;

27.    Carr, Danny – Defendant;

28.    Cheek, Jason R. – Counsel for Intervenor-Plaintiff;

29.    Davis, James William – Counsel for Defendants;

30.    Doss, Jeffrey P. – Counsel for Plaintiffs;

31.    Eagan, Melody Hurdle – Counsel for Plaintiffs;

32.    Endocrine Society (The) – Amicus Curiae;

33.    Eknes-Tucker, Paul A. – Plaintiff;

34.    Escalona, Elizabeth Prim Formby – Counsel for Intervenor-Plaintiff;

35.    Georgia, State of – Amicus Curiae;

36.    Hecker, Elizabeth P. – Appellate Counsel for Intervenor-Plaintiff;

37.    Indiana, State of – Amicus Curiae;

38.    Isasi, William – Counsel for Amici Curiae;

39.    Ivey, Kay – Defendant;

40.    Koe, Rachel – Plaintiff (pseudonym);

41.    LaCour, Edmund G. (Jr.) – Counsel for Defendants;

42.    Lannin, Cortlin H. – Counsel for Amici Curiae;

43.    Lanosa, Michael – Counsel for Amici Curiae;

44.    Lareau, Alyssa C. – Counsel for Intervenor-Plaintiff;

45.    Levi, Jennifer L. – Counsel for Plaintiffs;

46.    Louisiana, State of – Amicus Curiae;

47.    Marshall, Steve – Defendant;

48.    McCoy, Scott D. – Counsel for Plaintiffs;

49.    Medical Association of Pediatric Nurse Practitioners – Amicus Curiae;

50.    Mills, Christopher Ernest – Counsel for Defendants;

51.    Mississippi, State of – Amicus Curiae;

52.    Missouri, State of – Amicus Curiae;

53.    Moe, Jane – Plaintiff (pseudonym);

54.    Montag, Coty Rae – Counsel for Intervenor-Plaintiff;

55.     Montana, State of – Amicus Curiae;

56.     Nebraska, State of – Amicus Curiae;

57.     Noe, Kathy – Plaintiff (pseudonym);

58.     Oklahoma, State of – Amicus Curiae;

59.     Oladeinbo, Gilbert Olusengun – Counsel for Plaintiffs;

60.     Orr, Asaf – Counsel for Plaintiffs;

61.     Pediatric Endocrine Society – Amicus Curiae;

62.     Peterson, Misty L. – Counsel for Plaintiffs;

63.     Poe, Megan – Plaintiff (pseudonym);

64.     Powers, John Michael – Counsel for Intervenor-Plaintiff;

65.     Pratt, James Andrew – Counsel for Plaintiffs;

66.     Ragsdale, Barry Alan – Counsel for Amici Curiae;

67.     Ray, Brent P. – Counsel for Plaintiffs;

68.     Reinke, Adam – Counsel for Plaintiffs;

69.     Robin-Vergeer, Bonnie – Appellate Counsel for Intervenor-Plaintiff;

70.     Seiss, Benjamin Matthew – Counsel for Defendants;

71.     Shortnacy, Michael B. – Counsel for Plaintiffs;

72.     Schwabauer, Barbara – Appellate Counsel Intervenor-Plaintiff;

73.     Societies for Pediatric Urology – Amicus Curiae;

74.     Society of Adolescent Health and Medicine – Amicus Curiae;

75.     Society for Pediatric Research – Amicus Curiae;

76.  Society of Pediatric Nurses – Amicus Curiae;

77.  Soto, Diego Armando – Counsel for Plaintiffs;

78.  South Carolina, State of – Amicus Curiae;

79.  Stewart, Sandra Jean – Counsel for Intervenor-Plaintiffs;

80.  Stone, Jessica Lynn – Counsel for Plaintiffs;

81.  Terry, Abigail Hoverman – Counsel for Plaintiffs;

82.  Texas, State of – Amicus Curiae;

83.  Toyama, Kaitlin – Counsel for Intervenor-Plaintiff;

84.  United States of America – Intervenor-Plaintiff;

85.  Utah, State of – Amicus Curiae;

86.  Wadsworth, Stephen D. – Counsel for Intervenor-Plaintiff;

87.  Warbelow, Sarah – Counsel for Plaintiffs;

88.  West Virginia, State of – Amicus Curiae;

89.  Wilkerson, Mark Douglas – Counsel for Amici Curiae;

90.  Williams, Renee – Counsel for Intervenor-Plaintiff;

91.  Wilson, Thomas Alexander – Counsel for Defendants;

92.  Woodke, Lane Hines – Counsel for Intervenor-Plaintiff;

93.  World Professional Association for Transgender Health – Amicus Curiae;

94.  Vague, Amie A. – Counsel for Plaintiffs;

95.  Vance, Robert S. (III) – Counsel for Amici Curiae;

96.    Ventiere, Jessica – Defendant;

97.    Veta, D. Jean – Counsel for Amici Curiae;

98.    Walker, Susan Russ – Magistrate Judge;

99.    Weaver, Cynthia Cheng-Wun – Counsel for Plaintiffs;

100.   Zoe, James – Plaintiff (pseudonym).


Respectfully submitted,

Steve Marshall
  *Alabama Attorney General*

s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr.
  *Solicitor General*

Christopher Mills

SPERO LAW LLC
557 East Bay Street
#22251
Charleston, SC 29451
Telephone: (843) 606-0640
cmills@spero.law

A. Barrett Bowdre
Thomas A. Wilson
  *Deputy Solicitors General*

James W. Davis
  *Deputy Attorney General*

Benjamin M. Seiss
  *Assistant Attorney General*

STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Thomas.Wilson@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov

MAY 23, 2022

*Counsel for Defendants-Appellants*

## CERTIFICATE OF SERVICE

I certify that on May 23, 2022, I electronically filed this document using the

Court's CM/ECF system, which will serve counsel of record.


s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr.
*Counsel for Defendants-Appellants*