IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-11707-JJ

_____

PAUL A. EKNES-TUCKER,
*Rev.*,
BRIANNA BOE,
individually and on behalf of her minor son, Michael Boe,
JAMES ZOE,
individually and on behalf of his minor son, Zachary Zoe,
MEGAN POE,
individually and on behalf of her minor daughter, Allison Poe,
KATHY NOE, et al.,
individually and on behalf of her minor son, Christopher Noe,

                                                      Plaintiffs-Appellees,

versus

GOVERNOR, OF THE STATE OF ALABAMA,
ATTORNEY GENERAL, STATE OF ALABAMA,
DISTRICT ATTORNEY, FOR MONTGOMERY COUNTY,
DISTRICT ATTORNEY, FOR CULLMAN COUNTY,
DISTRICT ATTORNEY, FOR LEE COUNTY, et al.,

                                                      Defendants-Appellants.

_____

Appeal from the United States District Court
for the Middle District of Alabama

_____

ORDER:

Jennifer Levi is permitted to appear *pro hac vice* in this appeal, representing the Appellees, contingent upon her payment of the $50.00 *pro hac vice* fee within 14 days of the date of this order.

                                                      /s/ William H. Pryor Jr.
                                                              CHIEF JUDGE