IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 22-11707

PAUL EKNES-TUCKER, *et al.*,

           Plaintiffs-Appellees

&

UNITED STATES OF AMERICA,

           Intervenor-Appellee

v.

GOVERNOR OF THE STATE OF ALABAMA, *et al.*,

           Defendants-Appellants

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

_____

UNITED STATES' CERTIFICATE OF INTERESTED PERSONS

_____

  The United States, as Intervenor-Appellee, files this Certificate of Interested Persons pursuant to Eleventh Circuit Rules 26.1-1 to 26.1-3. In addition to the individuals identified by the appellants in their certificate filed on May 23, 2022, the following individual may have an interest in the outcome of this case:

C-1 of 2

*Eknes-Tucker, et al.* v. *Governor of the State of Ala., et al.*
No. 22-11707

1. Clarke, Kristen, U.S. Department of Justice, Civil Rights Division, counsel for Intervenor-Appellee United States.

The United States certifies that no publicly-traded company or corporation has an interest in the outcome of this appeal.

                                              Respectfully submitted,

                                              KRISTEN CLARKE
                                                Assistant Attorney General

                                              s/ Barbara Schwabauer
                                              BONNIE I. ROBIN-VERGEER
                                              ELIZABETH P. HECKER
                                              BARBARA SCHWABAUER
                                               Attorneys
                                               Department of Justice
                                               Civil Rights Division
                                               Appellate Section
                                               Ben Franklin Station
                                               P.O. Box 14403
                                               Washington, D.C.  20044-4403
                                               (202) 305-3034

# CERTIFICATE OF SERVICE

I certify that on June 6, 2022, I electronically filed the foregoing Certificate of Interested Persons with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system. On this same day, I submitted the required information to the Court's system for web-based CIPs.

I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

s/ Barbara Schwabauer<br>
BARBARA SCHWABAUER<br>
  Attorney