No. 22-11707

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

PAUL A. EKNES-TUCKER, et al.,
*Appellees / Plaintiffs,*

&

UNITED STATES OF AMERICA,
*Intervenor / Appellee / Plaintiff,*

v.

GOVERNOR OF THE STATE OF ALABAMA, et al.,
*Appellants / Defendants.*

On Appeal from the United States District Court
for the Middle District of Alabama, Case No. 2:22-CV-184-LCB

**Certificate of Interested Parties and Disclosure Statement of Appellees / Plaintiffs**

Melody H. Eagan
*megan@lightfootlaw.com*
Jeffrey P. Doss
*jdoss@lightfootlaw.com*
Amie A. Vague
*avague@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE LLC
400 20th Street North
Birmingham, Alabama 35203
(205) 581-0700
(205) 581-0799 (fax)

Kelly Perigoe
*kperigoe@kslaw.com*
KING & SPALDING LLP

Asaf Orr
*aorr@nclrights.org*
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, California 94102
(415) 365-1326
(415) 392-8442 (fax)

Scott D. McCoy
*scott.mccoy@splcenter.org*
SOUTHERN POVERTY LAW CENTER
2 S. Biscayne Blvd., Suite 3750
Miami, Florida 33131
(334) 224-4309
(786) 237-2949 (fax)

*(counsel continued on next page)*

633 West Fifth Street Suite 1600
Los Angeles, California 90071
(213) 218-4010
(213) 443-4310 (fax)

Brent P. Ray
*bray@kslaw.com*
KING & SPALDING LLP
110 N Wacker Drive, Suite 3800
Chicago, Illinois 60606
(312) 764-6925
(312) 995-6330 (fax)

J. Andrew Pratt
*apratt@kslaw.com*
KING & SPALDING LLP
1180 Peachtree Street NE, Suite 1600
Atlanta, Georgia 30309
(404) 572-3576
(404) 572-5100 (fax)

Anne M. Voigts
*avoigts@kslaw.com*
KING & SPALDING LLP
601 South California Ave., Suite 100
Palo Alto, California 94304
(650) 422-6710
(650) 422-6800 (fax)

David P. Mattern
*dmattern@kslaw.com*
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006
(202) 626-2946
(202) 626-3737 (fax)

*Counsel for the Appellees / Plaintiffs*

*Paul A. Eknes-Tucker, et al. v. Governor of the State of Ala., et al.*
*Case No. 22-11707*

# CERTIFICATE OF INTERESTED PARTIES
# AND DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 through 26.1-3, Appellees / Plaintiffs Paul A. Eknes-Tucker; Brianna Boe (individually and on behalf of her minor son, Michael Boe); James Zoe (individually and on behalf of his minor son, Zachary Zoe); Megan Poe (individually and on behalf of her minor daughter, Allison Poe); Kathy Noe (individually and on behalf of her minor son, Christopher Noe); Jane Moe; and Rachel Zoe state that (1) they are individuals and, therefore, have nothing to disclose pursuant to Eleventh Circuit Rule 26.2(a); and (2) the Certificate of Interested Persons, filed by the Appellants / Defendants on May 23, 2022 and supplemented by the United States on June 6, 2022, is correct and complete.

*/s/ Jeffrey P. Doss*
Jeffrey P. Doss
*jdoss@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE LLC
400 20th Street North
Birmingham, Alabama 35203
(205) 581-0700
(205) 581-0799 (fax)
***One of the Attorneys for the Appellees / Plaintiffs***

Date: June 6, 2022

*Paul A. Eknes-Tucker, et al. v. Governor of the State of Ala., et al.*
*Case No. 22-11707*

## CERTIFICATE OF SERVICE

I certify that, on June 6, 2022, the foregoing was electronically filed with the Clerk of Court through the CM/ECF system and that notice of such filing was made through the CM/ECF system or by U.S. mail, postage prepaid, to all counsel of record.

*/s/ Jeffrey P. Doss*
OF COUNSEL