No. 22-11707

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

◆

PAUL A. EKNES-TUCKER, et al.,
*Plaintiffs-Appellees*,

&

UNITED STATES OF AMERICA
*Intervenor-Plaintiff-Appellee*,

v.

GOVERNOR OF THE STATE OF ALABAMA, et al.,
*Defendants-Appellants*.

◆

On Appeal from the United States District Court
for the Middle District of Alabama
Case No. 2:22-cv-184-LCB

## APPELLANTS' UNOPPOSED MOTION TO FILE PORTION OF APPENDIX UNDER SEAL

Christopher Mills
SPERO LAW LLC
557 East Bay St.,
#22251
Charleston, SC 29451
(843) 606-0640
cmills@spero.law

Steve Marshall
  *Attorney General*
Edmund G. LaCour Jr.
  *Solicitor General*
A. Barrett Bowdre
Thomas A. Wilson
  *Deputy Solicitors General*
James W. Davis
  *Deputy Attorney General*
Benjamin M. Seiss
  *Assistant Attorney General*
STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
501 Washington Ave.
Montgomery, AL 36130
(334) 242-7300
Edmund.LaCour@AlabamaAG.gov

July 1, 2022

*Eknes-Tucker v. Gov. of Ala.*, No. 22-11707

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1(a)(3) and 26.1-2(b), the undersigned counsel certifies that the Certificate of Interested Persons in Appellants' Opening Brief is complete.

Respectfully submitted this 1st day of July 2022.

s/ Edmund G. LaCour Jr.<br>
Edmund G. LaCour Jr.<br>
*Counsel for Appellants*

**UNOPPOSED MOTION FOR LEAVE TO FILE PORTION OF APPENDIX UNDER SEAL**

Appellants respectfully move for leave to file part of their appendix under seal. Plaintiff Megan Poe, who is proceeding under a pseudonym in this litigation, *see* Doc. 83, testified at the preliminary injunction hearing. To protect her identity, the district court closed the courtroom to the public during her testimony and sealed the portion of the transcript containing her testimony. *See* Docs. 94 & 106. Accordingly, Appellants seek leave to file under seal the portion of their appendix containing Ms. Poe's transcript testimony.

The Individual Plaintiffs and the United States consent to this motion.

|  |  |
|---|---|
| Christopher Mills<br>SPERO LAW LLC<br>557 East Bay Street<br>#22251<br>Charleston, SC 29451<br>Telephone: (843) 606-0640<br>cmills@spero.law | Respectfully submitted,<br>Steve Marshall<br>　*Alabama Attorney General*<br>s/ Edmund G. LaCour Jr.<br>Edmund G. LaCour Jr.<br>　*Solicitor General*<br>A. Barrett Bowdre<br>Thomas A. Wilson<br>　*Deputy Solicitors General*<br>James W. Davis<br>　*Deputy Attorney General*<br>Benjamin M. Seiss<br>　*Assistant Attorney General*<br>STATE OF ALABAMA<br>OFFICE OF THE ATTORNEY GENERAL<br>501 Washington Avenue |

1

                                                            Montgomery, Alabama 36130-0152
                                                            Telephone: (334) 242-7300
                                                            Fax: (334) 353-8400
                                                           Edmund.LaCour@AlabamaAG.gov

JULY 1, 2022　　　　　　　　　　　　　　*Counsel for Appellants*

## CERTIFICATE OF COMPLIANCE

1. I certify that this motion complies with the type-volume limitations set forth in Fed. R. App. P. 27(d)(2)(A). The motion contains 105 words, including all headings, footnotes, and quotations, and excluding the parts of the response exempted under Fed. R. App. P. 32(f).

2. In addition, this motion complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365 in 14-point Times New Roman font.

s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr.
*Counsel for Appellants*

## CERTIFICATE OF SERVICE

I certify that on July 1, 2022, I electronically filed this document using the Court's CM/ECF system, which will serve all counsel of record.

s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr.
*Counsel for Appellants*
