No. 22-11707

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

◆

PAUL A. EKNES-TUCKER, et al.,
*Plaintiffs-Appellees*,

&

UNITED STATES OF AMERICA
*Intervenor-Plaintiff-Appellee*,

v.

GOVERNOR OF THE STATE OF ALABAMA, et al.,
*Defendants-Appellants*.

◆

On Appeal from the United States District Court
for the Middle District of Alabama
Case No. 2:22-cv-184-LCB

## APPELLANTS' APPENDIX VOLUME XII OF XIII
### (FILED UNDER SEAL)

Christopher Mills
SPERO LAW LLC
557 East Bay St.,
#22251
Charleston, SC 29451
(843) 606-0640
cmills@spero.law

July 5, 2022

Steve Marshall
  *Attorney General*
Edmund G. LaCour Jr.
  *Solicitor General*
A. Barrett Bowdre
Thomas A. Wilson
  *Deputy Solicitors General*
James W. Davis
  *Deputy Attorney General*
Benjamin M. Seiss
  *Assistant Attorney General*

STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
501 Washington Ave.
Montgomery, AL 36130
(334) 242-7300
Edmund.LaCour@AlabamaAG.gov

# INDEX

**TAB**

**VOLUME I**

Civil Docket Sheet ...................................................................................................A

Individual Plaintiffs' Complaint (April 19, 2022) ....................................................1

Order Reassigning Case to Judge Liles C. Burke (April 20, 2022)..........................3

Individual Plaintiffs' Motion for Preliminary Injunction (April 21, 2022)...............7

Individual Plaintiffs' Brief in Support of Motion for Preliminary Injunction
    (April 21, 2022)...............................................................................................8

    Exhibit 1 – Declaration of Linda A. Hawkins, Ph.D. ..................................... 8-1

    Exhibit 2 – Declaration of Morissa J. Ladinsky, M.D. .................................. 8-2

**VOLUME II**

    Exhibit 3 – Declaration of Stephen M. Rosenthal, M.D. ............................... 8-3

    Exhibit 4 – Declaration of Rev. Paul A. Eknes-Tucker................................. 8-4

    Exhibit 5 – Declaration of Brianna Boe ........................................................ 8-5

    Exhibit 6 – Declaration of James Zoe ........................................................... 8-6

    Exhibit 7 – Declaration of Megan Poe .......................................................... 8-7

    Exhibit 8 – Declaration of Kathy Noe ........................................................... 8-8

    Exhibit 9 – Declaration of Jane Moe, Ph.D. .................................................. 8-9

    Exhibit 10 – Declaration of Rachel Koe, M.D. ........................................... 8-10

Answer of Defendants (April 21, 2022) .................................................................20

Order Setting Evidentiary Hearing (April 22, 2022) ............................................. 34

United States of America's Motion for Temporary Restraining Order and
    Preliminary Injunction (April 29, 2022) ........................................................62

United States of America's Brief in Support of Motion for Temporary
    Restraining Order and Preliminary Injunction (April 29, 2022) ................. 62-1

**VOLUME III**

    Exhibit 1 – Declaration of Armand H. Antommaria, M.D. .......................... 62-2

Defendants' Exhibit List and Notice of Filing of Evidence in Opposition
    to Plaintiffs' Motion for Preliminary Injunction (May 2, 2022) .....................69

    Exhibit 1 – Alabama Vulnerable Child Compassion and
        Protection Act ........................................................................... 69-1

    Exhibit 2 – Expert Report of James Cantor, Ph.D.,
        Clinical Psychologist and Director of Toronto
        Sexuality Centre......................................................................... 69-2

    Exhibit 3 – Expert Report of Michael K. Laidlaw, M.D.,
        Endocrinologist......................................................................... 69-3

    Exhibit 4 – Expert Report of Quentin L. Van Meter, M.D.,
        Pediatric Endocrinologist and Associate Professor of
        Pediatrics at Emory University.................................................. 69-4

**VOLUME IV**

    Exhibit 5 – Expert Report of Paul W. Hruz, M.D., Ph.D.,
        Associate Professor of Pediatrics in the Division of Pediatric
        Endocrinology and Diabetes at Washington University
        School of Medicine.................................................................... 69-5

    Exhibit 6 – Expert Report of Patrick Hunter, M.D.,
        Pediatrician, Bioethicist, and Former Chair of the Pediatric
        Department at Scotland Memorial Hospital ............................. 69-6

Exhibit 7 – Expert Report of Dianna Kenny, Ph.D.,
Psychotherapist and Former Professor of Psychology at
University of Sydney ................................................................... 69-7

**VOLUME V**

Exhibit 8 – Stephen B. Levine, E. Abbruzzese & Julia M. Mason,
*Reconsidering Informed Consent for Trans-Identified
Children, Adolescents, and Young Adults*,
J. OF SEX & MARITAL THERAPY (Mar. 17, 2022) ........................ 69-8

Exhibit 9 – *Evidence Review: Gonadotropin Releasing Hormone
Analogues for Children and Adolescents with Gender
Dysphoria*, Nat'l Inst. for Health & Care Excellence (NICE)
(Mar. 11, 2021) ........................................................................... 69-9

**VOLUME VI**

Exhibit 10 – *Evidence Review: Gender-Affirming Hormones for
Children and Adolescents with Gender Dysphoria*,
Nat'l Inst. for Health & Care Excellence (NICE) (Mar. 11,
2021) ......................................................................................... 69-10

Exhibit 11 – Sweden National Board of Health and Welfare Policy
Statement, Socialstyrelsen, *Care of Children and
Adolescents with Gender Dysphoria: Summary* (2022) .......... 69-11

Exhibit 12 – Finland's Council for Choices in Healthcare Policy
Statement, Palveluvalikoima, *Recommendation of the
Council for Choices in Health Care in Finland (PALKO /
COHERE Finland)* ................................................................... 69-12

Exhibit 13 – Académie Nationale de Médecine, *Medicine and Gender
Transidentity in Children and Adolescents* (Feb. 25, 2022) .... 69-13

Exhibit 14 – The Royal Australian & New Zealand College of
Psychiatrists, *Recognising and Addressing the Mental
Health Needs of People Experiencing Gender Dysphoria /
Gender Incongruence*, Position Statement 103 (Aug. 2021) .. 69-14

Exhibit 15 – *Bell v. Tavistock & Portman Nat'l Health Serv. Found. Tr.* [2020] EWHC (Admin) 3274 .................................................. 69-15

**VOLUME VII**

Exhibit 16 – Centers for Medicare & Medicaid Services, Tamara Syrek Jensen, et al., *Decision Memo for Gender Dysphoria and Gender Reassignment Surgery* (CAG-00446N) (Aug. 30, 2016) ........................................................................... 69-16

Exhibit 17 – Am. Psychiatric Ass'n, DIAGNOSTIC AND STATISTICAL MANUAL OF MENTAL DISORDERS (5th ed. 2013) (excerpts) ................................................................................. 69-17

Exhibit 18 – World Professional Ass'n for Transgender Health (WPATH), *Standards of Care for the Health of Transsexual, Transgender, and Gender-Conforming People* (7th Version) (2012) (pp. 1-112) ................................. 69-18

**VOLUME VIII**

Exhibit 18 (cont.) – World Professional Ass'n for Transgender Health (WPATH), *Standards of Care for the Health of Transsexual, Transgender, and Gender-Conforming People* (7th Version) (2012) (pp. 113-120) ............................. 69-18

Exhibit 19 – Wylie C. Hembree et al., *Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guidelines*, 102 J. CLINICAL ENDOCRINOLOGY & METABOLISM 3869 (Nov. 2017).............. 69-19

Exhibit 20 – Lisa Littman, *Parent Reports of Adolescents & Young Adults Perceived to Show Signs of a Rapid Onset of Gender Dysphoria*, PLOS ONE 13(8):e0202330 .................................. 69-20

Exhibit 21 – Lisa Littman, *Individuals Treated for Gender Dysphoria with Medical and/or Surgical Transition who Subsequently Detransitioned: A Survey of 100 Detransitioners*, 50 ARCHIVES OF SEXUAL BEHAVIOR No. 50, 3353-54 (Oct. 2021) ............................................................................... 69-21

Exhibit 22 – Elie Vandenbussche, *Detransition-Related Needs and Support: A Cross-Sectional Online Survey*, J. OF HOMOSEXUALITY (Apr. 30, 2021) ............................................. 69-22

Exhibit 23 – Annelou de Vries et al., *Young Adult Psychological Outcome After Puberty Suppression and Gender Reassignment*, 130 PEDIATRICS, No. 4, 696-704 (Oct. 2014) ........................... 69-23

Exhibit 24 – Jason Rafferty, *Policy Statement, Am. Academy of Pediatrics, Ensuring Comprehensive Care & Support for Transgender & Gender-Diverse Children & Adolescents*, 142 PEDIATRICS no. 4 (Oct. 2018) ........................................... 69-24

Exhibit 25 – Am. Psych. Ass'n, *Guidelines for Psychological Practice with Transgender and Gender Nonconforming People*, 70 AM. PSYCHOLOGIST 832 (Dec. 2015) .................................. 69-25

Exhibit 26 – Declaration of Corinna Cohn ............................................... 69-26

Exhibit 27 – Declaration of Sydney Wright .............................................. 69-27

Exhibit 28 – Declaration of Carol Frietas ................................................. 69-28

Exhibit 29 – Declaration of Barbara F. ..................................................... 69-29

Exhibit 30 – Declaration of John Doe ....................................................... 69-30

Exhibit 31 – Declaration of John Roe ....................................................... 69-31

**VOLUME IX**

Exhibit 32 – Declaration of Kristine W. .................................................... 69-32

Exhibit 33 – Declaration of Yaacov Sheinfeld ......................................... 69-33

Exhibit 34 – Declaration of Martha S. .................................................... 69-34

Exhibit 35 – Declaration of KathyGrace Duncan .................................... 69-35

Exhibit 36 – Declaration of Jeanne Crowley ........................................... 69-36

Exhibit 37 – Declaration of Ted H. Halley .............................................. 69-37

Exhibit 38 – Declaration of Kellie C. ...................................................... 69-38

Exhibit 39 – Declaration of Gary Warner ............................................... 69-39

Exhibit 40 – April 15, 2022 emails regarding *Ladinsky v. Ivy* litigation. ............................................................................... 69-40

Defendants' Response in Opposition to Plaintiffs' Motion for Preliminary Injunction (May 2, 2022) ...................................................................... 74

## VOLUME X

UAB Patient Information and Consent Form (May 3, 2022) ........................... 78-41

Defendants' Notice of Filing Corrected Exhibit 41 (May 3, 2022) ........................ 87

Exhibit 1 – Corrected Exhibit 41 – Sydney Wright, *I Spent a Year as a Trans Man. Doctors Failed Me at Every Turn*, DAILY SIGNAL (Oct. 7, 2019). ................................................................. 87-1

Amended Intervenor Complaint (May 4, 2022) ............................................ 92

Procedural Orders and Status of Forthcoming Opinion (May 8, 2022) ................ 94

Transcript of Preliminary Injunction Hearing - Volume I (pp. 1-149) (May 5, 2022) .................................................................................... 104

## VOLUME XI

Transcript of Preliminary Injunction Hearing – Volume I (cont.) (pp.195-206) (May 5, 2022) ................................................................................... 104

Transcript of Preliminary Injunction Hearing - Volume II (May 6, 2022) ..........105

**VOLUME XII**

Transcript of Preliminary Injunction Hearing - Volume I (pp. 150-170)
    (May 5, 2022) (SEALED) ...............................................................................106

**VOLUME XIII**

Opinion and Order (May 13, 2022) ......................................................................107

Defendants' Notice of Appeal of Order Granting Preliminary Injunction
    (May 16, 2022) ...............................................................................................108

Notice of Correction re: Opinion and Order (May 19, 2022) ...............................112

Corrected Opinion and Order (May 19, 2022) ................................................. 112-1

Transcript of Preliminary Injunction Hearing - Volume I (cont.) (pp. 170-94)
    (May 5, 2022) ..................................................................................................129

Certificate of Service

# DOC. 106 (SEALED)