**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                                              In Replying Give Number
Clerk                                                                       Of Case and Names of Parties

July 27, 2022

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **NOVEMBER 14, 2022, IN MONTGOMERY, ALABAMA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK. COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.** *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email Jenifer_Tubbs@ca11.uscourts.gov

**JENIFER TUBBS**
Court Sessions Supervisor
--------------------------------------------------------------------------------------------------------------------
***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #3.***

| | |
|---|---|
| 21-11736 | SE Property Holdings, LLC v. Neverve LLC |
| 22-11707 | Paul Eknes-Tucker, et al. v. Governor of the State of Alabama, et al. |
| 21-14670 | Tammi Taylor v. Pam Palmer |
| 21-11700 | Donna Chisesi v. Matthew Hunady, et al. |
| 21-12609 | United States v. Christopher Miles |
| 21-12420 | United States v. Keith Penn |
| 21-13999 | Lionel Alford, et al. v. Walton County |
| 21-12402 | Mehedi Hasan-Nayem v. U.S. Attorney General |
| 21-13136 | United States v. Tia Pugh |
| 21-12493 | Cherri Walker v. Life Insurance Company of North America |
| 21-12291 | United States v. Hannibal Moore |