# No. 22-11707

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

PAUL A. EKNES-TUCKER, Rev., BRIANNA BOE, individually and on behalf of her minor son, Michael Boe, JAMES ZOE, individually and on behalf of his minor son, Zachary Zoe, MEGAN POE, individually and on behalf of her minor daughter, Allison Poe, KATHY NOE, *et al.*, individually and on behalf of her minor son, Christopher Noe,

*Plaintiffs-Appellees*,

v.

GOVERNOR OF THE STATE OF ALABAMA, ATTORNEY GENERAL, STATE OF ALABAMA, DISTRICT ATTORNEY FOR MONTGOMERY COUNTY, DISTRICT ATTORNEY FOR CULLMAN COUNTY, DISTRICT ATTORNEY FOR LEE COUNTY, *et al.*,

*Defendants-Appellants*.

_____

On Appeal from the United States District Court
for the Middle District of Alabama, No. 2:22-cv-00184-LCB-SRW
The Honorable Liles C. Burke, U.S. District Judge

_____

## MOTION FOR LEAVE TO FILE CORRECTED BRIEF
_____

| | |
|---|---|
| Kelly Perigoe | Melody H. Eagan |
| Anne M. Voigts | Jeffrey P. Doss |
| Yusuf Saei | Amie A. Vague |
| KING & SPALDING LLP | LIGHTFOOT FRANKLIN |
| 633 West 5th Street | & WHITE LLC |
| Suite 1600 | 400 20th Street North |
| Los Angeles, CA 90071 | Birmingham, AL 35203 |
| (213) 443-4355 | (205) 581-0700 |

*Counsel for Plaintiffs-Appellees*

August 15, 2022          *(Additional counsel listed on next page)*

Brent P. Ray
Abigail H. Terry
KING & SPALDING LLP
110 North Wacker Drive
Suite 3800
Chicago, IL 60606
(312) 995-6333

David Mattern
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006
(202) 737-0500

Adam Reinke
KING & SPALDING LLP
1180 Peachtree Street NE
Atlanta, GA 30309
(404) 572-4600

Asaf Orr
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street
Suite 370
San Francisco, CA 94102
(415) 365-1326

Scott D. McCoy
SOUTHERN POVERTY LAW CENTER
2 South Biscayne Blvd.
Suite 3750
Miami, FL 33131
(334) 224-4309

Jennifer L. Levi
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont Street
Suite 950
Boston, MA 02108
(617) 426-1350

*Counsel for Plaintiffs-Appellees*

*Paul Eknes-Tucker v. Governor of the State of Alabama*, No. 22-11707

# AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 through 26.1-3, Appellees / Plaintiffs Paul A. Eknes-Tucker; Brianna Boe (individually and on behalf of her minor son, Michael Boe); James Zoe (individually and on behalf of his minor son, Zachary Zoe); Megan Poe (individually and on behalf of her minor daughter, Allison Poe); Kathy Noe (individually and on behalf of her minor son, Christopher Noe); Jane Moe; and Rachel Zoe state that (1) they are individuals and, therefore, have nothing to disclose pursuant to Eleventh Circuit Rule 26.2(a); and (2) the following amended list of persons and parties may have an interest in the outcome of this case:

1. Academic Pediatric Association – Amicus Curiae;

2. Alabama Chapter of the American Academy of Pediatrics – Amicus Curiae;

3. Alaska, State of – Amicus Curiae;

4. American Academy of Child and Adolescent Psychiatry – Amicus Curiae;

5. American Academy of Family Physicians – Amicus Curiae;

6. American Academy of Nursing – Amicus Curiae;

7. American Academy of Pediatrics – Amicus Curiae;

8. American Association of Physicians for Human Rights, Inc. – Amicus Curiae;

9. American College of Obstetricians and Gynecologists – Amicus Curiae;

10. American College of Osteopathic Pediatricians – Amicus Curiae;

11. American College of Physicians – Amicus Curiae;

12. American Medical Association – Amicus Curiae;

13. American Pediatric Society – Amicus Curiae;

14. American Psychiatric Association – Amicus Curiae;

15. Anderson, Tom – Defendant;

16. Arizona, State of – Amicus Curiae;

17. Arkansas, State of – Amicus Curiae;

18. Association of American Medical Colleges – Amicus Curiae;

19. Association of Medical School Pediatric Department Chairs – Amicus Curiae;

20. Austin, Heather, Ph.D., previously proceeding under pseudonym Jane Moe, Ph.D.;

21. Baia, Elizabeth – Counsel for Amici Curiae;

22. Bailey, Daryl D. – Defendant;

23. Baylock, C. Wilson – Defendant;

24. Boe, Brianna – Plaintiff (pseudonym);

25. Bowdre, Alexander Barrett – Counsel for Defendants;

26. Burke, Liles C. – U.S. District Court Judge;

27. Cantrell, Michael A. – Counsel for Amici Curiae;

28. Carr, Danny – Defendant;

29. Cheek, Jason R. – Counsel for Intervenor-Plaintiff;

30. Clark, Kristen, U.S. Department of Justice, Civil Rights Division, counsel for Intervenor-Appellee United States;

31. Davis, James William – Counsel for Defendants;

32. Doss, Jeffrey P. – Counsel for Plaintiffs;

33. Eagan, Melody Hurdle – Counsel for Plaintiffs;

34. Eknes-Tucker, Paul A. – Plaintiff;

35. Endocrine Society (The) – Amicus Curiae;

36. Escalona, Elizabeth Prim Formby – Counsel for Intervenor-Plaintiff;

37. Georgia, State of – Amicus Curiae;

38. Hecker, Elizabeth P. – Appellate Counsel for Intervenor-Plaintiff;

39. Indiana, State of – Amicus Curiae;

40. Isasi, William – Counsel for Amici Curiae;

41. Ivey, Kay – Defendant;

42. Koe, Rachel – Plaintiff (pseudonym);

43. LaCour, Edmund G. (Jr.) – Counsel for Defendants;

44. Lannin, Cortlin H. – Counsel for Amici Curiae;

45. Lanosa, Michael – Counsel for Amici Curiae;

46. Lareau, Alyssa C. – Counsel for Intervenor-Plaintiff;

47. Levi, Jennifer L. – Counsel for Plaintiffs;

48. Louisiana, State of – Amicus Curiae;

49. Marshall, Steve – Defendant;

50. McCoy, Scott D. – Counsel for Plaintiffs;

51. Medical Association of Pediatric Nurse Practitioners – Amicus Curiae;

52. Mills, Christopher Ernest – Counsel for Defendants;

53. Mississippi, State of – Amicus Curiae;

54. Missouri, State of – Amicus Curiae;

55. Moe, Jane – Plaintiff (pseudonym);

56. Montag, Coty Rae – Counsel for Intervenor-Plaintiff;

57. Montana, State of – Amicus Curiae;

58. Nebraska, State of – Amicus Curiae;

59. Noe, Kathy – Plaintiff (pseudonym);

60. Oklahoma, State of – Amicus Curiae;

61. Oladeinbo, Gilbert Olusengun – Counsel for Plaintiffs;

62. Orr, Asaf – Counsel for Plaintiffs;

63. Pediatric Endocrine Society – Amicus Curiae;

64. Peterson, Misty L. – Counsel for Plaintiffs;

65. Poe, Megan – Plaintiff (pseudonym);

66. Powers, John Michael – Counsel for Intervenor-Plaintiff;

67. Pratt, James Andrew – Counsel for Plaintiffs;

68. Ragsdale, Barry Alan – Counsel for Amici Curiae;

69. Ray, Brent P. – Counsel for Plaintiffs;

70. Reinke, Adam – Counsel for Plaintiffs;

71. Robin-Vergeer, Bonnie – Appellate Counsel for Intervenor-Plaintiff;

72. Roe, Melissa – Amicus Curiae;

73. Roe, Rebecca – Amicus Curiae;

74. Schwabauer, Barbara – Appellate Counsel Intervenor-Plaintiff;

75. Seiss, Benjamin Matthew – Counsel for Defendants;

76. Shortnacy, Michael B. – Counsel for Plaintiffs;

77. Societies for Pediatric Urology – Amicus Curiae;

78. Society for Pediatric Research – Amicus Curiae;

79. Society of Adolescent Health and Medicine – Amicus Curiae;

80. Society of Pediatric Nurses – Amicus Curiae;

81. Soto, Diego Armando – Counsel for Plaintiffs;

82. South Carolina, State of – Amicus Curiae;

83. Stewart, Sandra Jean – Counsel for Intervenor-Plaintiffs;

84. Stone, Jessica Lynn – Counsel for Plaintiffs;

85. Terry, Abigail Hoverman – Counsel for Plaintiffs;

86. Texas, State of – Amicus Curiae;

87. Toyama, Kaitlin – Counsel for Intervenor-Plaintiff;

88. United States of America – Intervenor-Plaintiff;

89. Utah, State of – Amicus Curiae;

90. Vague, Amie A. – Counsel for Plaintiffs;

91. Vance, Robert S. (III) – Counsel for Amici Curiae;

92. Ventiere, Jessica – Defendant;

93. Veta, D. Jean – Counsel for Amici Curiae;

94. Voe, April – Amicus Curiae;

95. Voe, Robert – Amicus Curiae;

96. Wadsworth, Stephen D. – Counsel for Intervenor-Plaintiff;

97. Walker, Susan Russ – Magistrate Judge;

98. Warbelow, Sarah – Counsel for Plaintiffs;

99. Weaver, Cynthia Cheng-Wun – Counsel for Plaintiffs;

100. West Virginia, State of – Amicus Curiae;

101. Wilkerson, Mark Douglas – Counsel for Amici Curiae;

102. Williams, Renee – Counsel for Intervenor-Plaintiff;

103. Wilson, Thomas Alexander – Counsel for Defendants;

104. Woodke, Lane Hines – Counsel for Intervenor-Plaintiff;

105. World Professional Association for Transgender Health – Amicus Curiae;

106. Zoe, James – Plaintiff (pseudonym).

Date: August 15, 2022

                                                     */s/ Jeffrey P. Doss*
                                                *Counsel for Plaintiffs-Appellees*

## APPELLEES' MOTION FOR LEAVE
## TO FILE A CORRECTED BRIEF

Appellees respectfully request leave to file a corrected brief. Appellees' counsel has conferred with Appellants' counsel, who does not oppose this request. In further support, Appellees state as follows:

1. On Wednesday, August 10, 2022, Appellees electronically filed their brief with this Court.

2. After filing the brief, Appellees discovered an error. In particular, Jennifer Levi's name and contact information were inadvertently omitted from the list of attorneys of record for the Appellees. Levi previously entered an appearance on behalf of Appellees in this case.

3. Appellees have prepared a corrected version of the brief, a copy of which is attached as <u>Exhibit A</u> and dated with today's date. No changes to the brief have been made other than adding Levi's name and contact information to the list of attorneys of record.

4. Appellees' counsel has conferred with Appellants' counsel, who does not oppose this request. An unopposed request to correct a non-substantive matter in the brief will prejudice no party.

2

Accordingly, Appellees respectfully request leave to file the corrected brief, attached as <u>Exhibit A</u>.

<div style="column-count:2">

Kelly Perigoe
Anne M. Voigts
Yusuf Saei
KING & SPALDING LLP
633 West 5th Street, Ste. 1600
Los Angeles, CA 90071
(213) 443-4355

Brent P. Ray
Abigail H. Terry
KING & SPALDING LLP
110 North Wacker Dr., Ste. 3800
Chicago, IL 60606
(312) 995-6333

David Mattern
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006
(202) 737-0500

Adam Reinke
KING & SPALDING LLP
1180 Peachtree Street NE
Atlanta, GA 30309
(404) 572-4600

*/s/Jeffrey P. Doss*
Melody H. Eagan
Jeffrey P. Doss
Amie A. Vague
LIGHTFOOT FRANKLIN & WHITE LLC
400 20th Street North
Birmingham, AL 35203
(205) 581-0700

Asaf Orr
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street
Suite 370
San Francisco, CA 94102
(415) 365-1326

Scott D. McCoy
SOUTHERN POVERTY LAW CENTER
2 South Biscayne Blvd.
Suite 3750
Miami, FL 33131
(334) 224-4309

Jennifer L. Levi
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont Street
Suite 950
Boston, MA 02108
(617) 426-1350

</div>

*Counsel for Plaintiffs-Appellees*

August 15, 2022

3

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because this motion contains 163 words.

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 27(d)(1)(E) because this motion has been prepared in a proportionally spaced typeface using Century Schoolbook size 14-point font with Microsoft Word 365Plus.

Date: August 15, 2022

<div style="text-align:right">

*/s/ Jeffrey P. Doss*
Jeffrey P. Doss
*Counsel for Plaintiffs-Appellees*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

<div align="right">

*/s/ Jeffrey P. Doss*
Jeffrey P. Doss
*Counsel for Plaintiffs-Appellees*

</div>