No. 22-11707

# IN THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

PAUL A. EKNES-TUCKER, et al.,

*Plaintiffs-Appellees*,

&

UNITED STATES OF AMERICA

*Intervenor-Plaintiff-Appellee,*

vs.

GOVERNOR OF THE STATE OF ALABAMA, et al.,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the Middle District of Alabama
Case No. 2:22-cv-184-LCB

## UNOPPOSED MOTION FOR LEAVE TO FILE CORRECTED BRIEF FOR *AMICI CURIAE* UNITARIAN UNIVERSALIST ASSOCIATION, UNION FOR REFORM JUDAISM, CENTRAL CONFERENCE OF AMERICAN RABBIS, SOUTHEAST CONFERENCE OF THE UNITED CHURCH OF CHRIST, UNIVERSAL FELLOWSHIP OF METROPOLITAN COMMUNITY CHURCHES, *ET AL.* IN SUPPORT OF PLAINTIFFS-APPELLEES

SUSAN KAY WEAVER
  susankayweaver@gmail.com
ERIC ALAN ISAACSON
  ericalanisaacson@icloud.com
6580 Avenida Mirola
La Jolla, CA 92037-6231
Telephone:  619-368-4562

*Counsel for Amici Curiae*

*Eknes-Tucker v. Gov. of Alabama,* No. 22-11707

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rules of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1 through 26.1-3, the undersigned counsel certifies that the following list of persons and entities may have an interest in the outcome of this case:

1. Abdul-Latif, Hussein – *Amicus Curiae*
2. Academic Pediatric Association – *Amicus Curiae*
3. Alabama Center for Law and Liberty (The), LLC – *Amicus Curiae*
4. Alabama Chapter of the American Academy of Pediatrics – *Amicus Curiae*
5. Alabama Policy Institute, Inc. – Parent company of *Amicus Curiae* The Alabama Center for Law and Liberty, LLC
6. Alaska, State of – *Amicus Curiae*
7. Alstott, Anne – *Amicus Curiae*
8. America First Legal Foundation – *Amicus Curiae*
9. American Academy of Child and Adolescent Psychiatry – *Amicus Curiae*
10. American Academy of Family Physicians – *Amicus Curiae*
11. American Academy of Nursing – *Amicus Curiae*
12. American Academy of Pediatrics – *Amicus Curiae*

*Eknes-Tucker v. Gov. of Alabama,* No. 22-11707

13. American Association of Physicians for Human Rights, Inc. – *Amicus Curiae*

14. American College of Obstetricians and Gynecologists – *Amicus Curiae*

15. American College of Osteopathic Pediatricians – *Amicus Curiae*

16. American College of Physicians – *Amicus Curiae*

17. American Medical Association – *Amicus Curiae*

18. American Pediatric Society – *Amicus Curiae*

19. American Psychiatric Association – *Amicus Curiae*

20. Andersen, Alison – Counsel for *Amici Curiae*

21. Anderson, Tom – Defendant

22. Arizona, State of – *Amicus Curiae*

23. Arkansas, State of – *Amicus Curiae*

24. Arnold, Rev. Stephanie York – *Amicus Curiae*

25. Association of American Medical Colleges – *Amicus Curiae*

26. Association of Medical School Pediatric Department Chairs – *Amicus Curiae*

27. Austin, Heather, Ph.D., previously proceeding under pseudonym Jane Moe, Ph.D.

*Eknes-Tucker v. Gov. of Alabama,* No. 22-11707

28. Australian Professional Association for Trans Health (The) – *Amicus Curiae*

29. Baia, Elizabeth – Counsel for *Amici Curiae*

30. Bailey, Daryl D. – Defendant

31. Barday, Shireen – Counsel for *Amicus Curiae*

32. Barham, Rev. Richard – *Amicus Curiae*

33. Barnhart, Jr., Rev. Dr. David. L. – *Amicus Curiae*

34. Baylock, Wilson C. – Defendant

35. Becker, Laura – *Amicus Curiae*

36. Blakemore, Rev. Robin – *Amicus Curiae*

37. Boccuzzi, Jr., Carmine D. – Counsel for *Amici Curiae*

38. Boe, Brianna – Plaintiff (pseudonym)

39. Kathleen Boergers – Counsel for *Amici Curiae*

40. Boulware, Susan D. – *Amicus Curiae*

41. Bowdre, Alexander Barrett – Counsel for Defendants

42. Bridges, Rev. Dr. Rebecca L. – *Amicus Curiae*

43. Broyles, Vernadette R. – Counsel for *Amici Curiae*

44. Bundesverband Trans* e.V. – *Amicus Curiae*

45. Burke, Liles C. – U.S. District Court Judge

46. Burleigh, Billy – *Amicus Curiae*

47. California, State of – *Amicus Curiae*

*Eknes-Tucker v. Gov. of Alabama,* No. 22-11707

48. Cantrell, Michael A. – Counsel for *Amici Curiae*

49. Carr, Danny – Defendant

50. Central Conference of American Rabbis – *Amicus Curiae*

51. Cheek, Jason R. – Counsel for Intervenor-Plaintiff

52. Clark, Kristen, U.S. Department of Justice, Civil Rights Division, counsel for Intervenor-Appellee United States

53. Clark, Matthew James – Counsel for *Amicus Curiae*

54. Coe, Brian – *Amicus Curiae* (pseudonym)

55. Coe, Laura – *Amicus Curiae* (pseudonym)

56. Colavecchio, JD – Counsel for *Amici Curiae*

57. Colorado, State of – *Amicus Curiae*

58. Connecticut, State of – *Amicus Curiae*

59. Conrady, Rev. Julie – *Amicus Curiae*

60. Cooper, Rev. Erica – *Amicus Curiae*

61. Davies, Andrew Rhys – Counsel for *Amici Curiae*

62. Davis, James William – Counsel for Defendants

63. Delaware, State of – *Amicus Curiae*

64. Dingus, Rev. Jaimie – *Amicus Curiae*

65. District of Columbia – *Amicus Curiae*

66. Doss, Jeffrey P. – Counsel for Plaintiffs

67. Eagan, Melody Hurdle – Counsel for Plaintiffs

*Eknes-Tucker v. Gov. of Alabama,* No. 22-11707

68. Eknes-Tucker, Paul A. – Plaintiff

69. Endocrine Society (The) – *Amicus Curiae*

70. Escalona, Elizabeth Prim Formby – Counsel for Intervenor-Plaintiff

71. Ethics and Public Policy Center – *Amicus Curiae*

72. Federación Estatal de Lesbianas, Gais, Trans, Bisexuales, Intersexuales y más (The) – *Amicus Curiae*

73. Finney II, Rev. Johnny R. - *Amicus Curiae*

74. Foster, Rev. Carolyn – *Amicus Curiae*

75. Fuller, David – *Amicus Curiae*

76. Fundación Colectivo Hombres XX, AC – *Amicus Curiae*

77. G., C. (pseudonym) – *Amicus Curiae*

78. Genau, Rev. Joseph – *Amicus Curiae*

79. George, Rev. Cathy – *Amicus Curiae*

80. Georgia, State of – *Amicus Curiae*

81. Gibson, Rev. Henry N. – *Amicus Curiae*

82. Global Justice Institute, Inc. – *Amicus Curiae*

83. Hamilton, Gene P. – Counsel for *Amicus Curiae*

84. Hamilton-Poore, Rev. Dr. Samuel F.– *Amicus Curiae*

85. Hamilton-Poore, Rev. Terry - *Amicus Curiae*

86. Hasson, Mary Rice – Counsel for *Amicus Curiae*

*Eknes-Tucker v. Gov. of Alabama,* No. 22-11707

87. Hawaii, State of – *Amicus Curiae*

88. Hecker, Elizabeth P. – Counsel for Intervenor-Plaintiff

89. Henkin, Rabbi Steven – *Amicus Curiae*

90. Hopkins, Rev. C. Lynn. – *Amicus Curiae*

91. Hutchinson, Rev. Laura – *Amicus Curiae*

92. Illinois, State of – *Amicus Curiae*

93. Indiana, State of – *Amicus Curiae*

94. Isaacson, Eric Alan – Counsel for *Amici Curiae*

95. Isasi, William – Counsel for *Amici Curiae*

96. Isner, Rev. Shane – *Amicus Curiae*

97. Ivey, Kay – Defendant

98. Jimmerson, Rev. Dr. Ellin – *Amicus Curiae*

99. Kamody, Rebecca – *Amicus Curiae*

100. Kerschner, Helena – *Amicus Curiae*

101. Koe, Rachel – Plaintiff (pseudonym)

102. Krishna, Praveen S. – Counsel for Plaintiff-Intervenor

103. Kuper, Laura – *Amicus Curiae*

104. LaCour, Edmund G. (Jr.) – Counsel for Defendants

105. Lamar-Hart, Cynthia – *Amicus Curiae*

106. Lannin, Cortlin H. – Counsel for *Amici Curiae*

107. Lanosa, Michael – Counsel for *Amici Curiae*

*Eknes-Tucker v. Gov. of Alabama,* No. 22-11707

108. Lareau, Alyssa C. – Counsel for Intervenor-Plaintiff

109. Levi, Jennifer – Counsel for Plaintiffs

110. LGBT+ Denmark – *Amicus Curiae*

111. Loe, Sarah – *Amicus Curiae* (pseudonym)

112. Loe, Tom – *Amicus Curiae* (pseudonym)

113. Loper, Rev. Dr. Helene – *Amicus Curiae*

114. Louisiana, State of – *Amicus Curiae*

115. Maine, State of – *Amicus Curiae*

116. Marshall, Steve – Defendant

117. Maryland, State of – *Amicus Curiae*

118. Massachusetts, Commonwealth of – *Amicus Curiae*

119. Mattern, David – Counsel for Plaintiffs

120. McAlister, Mary E. – Counsel for *Amici Curiae*

121. McCoy, Scott D. – Counsel for Plaintiffs

122. McNamara, Meredithe – *Amicus Curiae*

123. Men of Reform Judaism – *Amicus Curiae*

124. Mills, Christopher Ernest – Counsel for Defendants

125. Minnesota, State of – *Amicus Curiae*

126. Mississippi, State of – *Amicus Curiae*

127. Missouri, State of – *Amicus Curiae*

128. Mitchell, Jonathon F. – Counsel for *Amicus Curiae*

*Eknes-Tucker v. Gov. of Alabama,* No. 22-11707

129. Moe, Jane – Plaintiff (pseudonym)

130. Montag, Coty Rae – Counsel for Intervenor-Plaintiff

131. Montana, State of – *Amicus Curiae*

132. Morrison, Rachel N. – Counsel for *Amicus Curiae*

133. National Association of Pediatric Nurse Practitioners – *Amicus Curiae*

134. Nebraska, State of – *Amicus Curiae*

135. Nevada, State of – *Amicus Curiae*

136. New Jersey, State of – *Amicus Curiae*

137. New Mexico, State of – *Amicus Curiae*

138. New York, State of – *Amicus Curiae*

139. Newton, Rev. Nicole – *Amicus Curiae*

140. Noe, Kathy – Plaintiff (pseudonym)

141. North Carolina, State of – *Amicus Curiae*

142. Norwegian Organization for Sexual and Gender Diversity (The) – *Amicus Curiae*

143. Oklahoma, State of – *Amicus Curiae*

144. Oladeinbo, Gilbert Olusengun – Counsel for Plaintiffs

145. Olezeski, Christy – *Amicus Curiae*

146. Oregon, State of – *Amicus Curiae*

147. Ormand, Justin L. – Counsel for *Amici Curiae*

*Eknes-Tucker v. Gov. of Alabama,* No. 22-11707

148. Orr, Asaf – Counsel for Plaintiffs

149. Pediatric Endocrine Society – *Amicus Curiae*

150. Pennsylvania, Commonwealth of – *Amicus Curiae*

151. Perigoe, Kelly – Counsel for Plaintiffs

152. Peterson, Misty L. – Counsel for Plaintiffs

153. Poe, Megan – Plaintiff (pseudonym)

154. Powers, John Michael – Counsel for Intervenor-Plaintiff

155. Pratt, James Andrew – Counsel for Plaintiffs

156. Professional Association for Transgender Health Aotearoa New Zealand (The) – *Amicus Curiae*

157. Ragsdale, Barry Alan – Counsel for *Amici Curiae*

158. Ray, Brent P. – Counsel for Plaintiffs

159. Reinke, Adam – Counsel for Plaintiffs

160. Reynolds, Laura – *Amicus Curiae*

161. Renner, Rev. Steven S.– *Amicus Curiae*

162. Rhode Island, State of – *Amicus Curiae*

163. Robin-Vergeer, Bonnie –Counsel for Intervenor-Plaintiff

164. Rodriguez Martinez, Michael – Counsel for *Amici Curiae*

165. Rothbauer, Rev. Chris – *Amicus Curiae*

166. Saei, Joseph – Counsel for Plaintiffs

167. Sanders, Rev. Jennifer – *Amicus Curiae*

*Eknes-Tucker v. Gov. of Alabama,* No. 22-11707

168. Schwabauer, Barbara – Counsel for Intervenor-Plaintiff

169. Seiss, Benjamin Matthew – Counsel for Defendants

170. Seta ry / Seta rf / Seta Lgbtiq Rights in Finland – *Amicus Curiae*

171. Shortnacy, Michael B. – Counsel for Plaintiffs

172. Smalts, Laura Perry – *Amicus Curiae*

173. Smith, John (pseudonym) – *Amicus Curiae*

174. Societies for Pediatric Urology – *Amicus Curiae*

175. Society for Adolescent Health and Medicine – *Amicus Curiae*

176. Society for Pediatric Research – *Amicus Curiae*

177. Society of Pediatric Nurses – *Amicus Curiae*

178. Soe, Melissa – *Amicus Curiae* (pseudonym)

179. Soto, Diego Armando – Counsel for Plaintiffs

180. South Carolina, State of – *Amicus Curiae*

181. Southeast Conference of the United Church of Christ, Inc. – *Amicus Curiae*

182. Stewart, Sandra Jean – Counsel for Intervenor-Plaintiffs

183. Stone, Jessica Lynn – Counsel for Plaintiffs

184. Stonewall UK – *Amicus Curiae*

185. Strickland, Bishop Kevin L. – *Amicus Curiae*

186. Swedish Federation for Lesbian, Gay, Bisexual, Transgender, Queer and Intersex Rights (The) – *Amicus Curiae*

187. Szilagyi, Nathalie – *Amicus Curiae*

188. Terry, Abigail Hoverman – Counsel for Plaintiffs

189. Texas, State of – *Amicus Curiae*

190. Thomas, Rev. Dr. Kevin L. – *Amicus Curiae*

191. Thomason, Rev. Beth – *Amicus Curiae*

192. Thornton, Joel H. – Counsel for *Amici Curiae*

193. Toyama, Kaitlin – Counsel for Intervenor-Plaintiff

194. Trevor Project (The), Inc. – *Amicus Curiae*

195. Union for Reform Judaism – *Amicus Curiae*

196. Unitarian Universalist Association – *Amicus Curiae*

197. United States of America – Intervenor-Plaintiff

198. Universal Fellowship of Metropolitan Community Churches – *Amicus Curiae*

199. Utah, State of – *Amicus Curiae*

200. Vague, Amie A. – Counsel for Plaintiffs

201. Vance, Robert S. (III) – Counsel for *Amici Curiae*

202. Ventiere, Jessica – Defendant

203. Vermont, State of – *Amicus Curiae*

204. Veta, D. Jean – Counsel for *Amici Curiae*

*Eknes-Tucker v. Gov. of Alabama,* No. 22-11707

205. Voigts, Anne M. – Counsel for Plaintiffs

206. Wadsworth, Stephen D. – Counsel for Intervenor-Plaintiff

207. Walker, Susan Russ – Magistrate Judge

208. Warbelow, Sarah – Counsel for Plaintiffs

209. Washington, State of – *Amicus Curiae*

210. Weaver, Cynthia Cheng-Wun – Counsel for Plaintiffs

211. Weaver, Susan Kay – Counsel for *Amici Curiae*

212. Wenck, Julia H. – Counsel for *Amici Curiae*

213. West Virginia, State of – *Amicus Curiae*

214. Wilkerson, Mark Douglas – Counsel for *Amici Curiae*

215. Williams, Renee – Counsel for Intervenor-Plaintiff

216. Wilson, Thomas Alexander – Counsel for Defendants

217. Women of Reform Judaism – *Amicus Curiae*

218. Wood, Rev. Kimberly – *Amicus Curiae*

219. Woodke, Lane Hines – Counsel for Intervenor-Plaintiff

220. World Professional Association for Transgender Health – *Amicus Curiae*

221. Zelbo, Howard S. – Counsel for *Amici Curiae*

222. Zoe, James – Plaintiff (pseudonym)

*Eknes-Tucker v. Gov. of Alabama,* No. 22-11707

The organizations Unitarian Universalist Association, Southeast Conference of the United Church of Christ, Union for Reform Judaism, Central Conference of American Rabbis, Women of Reform Judaism, Men of Reform Judaism, Universal Fellowship of Metropolitan Community Churches, and the Global Justice Institute all are not-for-profit organizations that issue no stock and that are not controlled by any publicly traded corporation.

Respectfully submitted this 23rd day of August 2022.

/s/Susan Kay Weaver  
Susan Kay Weaver  
Counsel for *Amici Curiae*

## *AMICI CURIAE*'S MOTION FOR LEAVE TO FILE A CORRECTED BRIEF

*Amici curiae* respectfully request leave to file a corrected brief. *Amici's* counsel has informed Appellees' and Appellants' counsel of the proposed correction, and they have no objection to this request. *Amici* further state in support of this motion:

1. On Wednesday, August 17, 2022, counsel for *Amici* electronically filed their brief with this Court.

2. After filing the brief, counsel discovered that Rev. Cathy George's name and identification information (the congregation she serves) were not included in the brief in the list of individual Alabama clergy joining the brief as *amici curiae*. Rev. George asked to join the brief on August 14, 2022, and her name is listed as an *amicus curiae* in the attachment to the Notice of Appearance electronically filed with this Court by counsel on August 15, 2022.

3. Attached as Exhibit A is a corrected version of the brief dated with today's date. No changes have been made to the text of the brief other than adding Rev. Cathy George's name and identification information (the congregation she serves) to the list of individual

-1-

Alabama clergy joining the brief and adding Rev. Cathy George to the Certificate of Interested Persons.

4. Defendants-Appellants' counsel, Plaintiffs-Appellees' counsel, and Intervenor United States Appellee's counsel all have been informed of this motion, and have stated that they do not oppose this request. An unopposed correction of a non-substantive matter in the brief will prejudice no party. Therefore, *Amici Curiae* respectfully request leave to file the corrected brief attached as Exhibit A.

DATED: August 23, 2022　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/Susan Kay Weaver
　　　　　　　　　　　　　　　　SUSAN KAY WEAVER

　　　　　　　　　　　　　　SUSAN KAY WEAVER
　　　　　　　　　　　　　　　susankayweaver@gmail.com
　　　　　　　　　　　　　　　(619) 368-4562
　　　　　　　　　　　　　　ERIC ALAN ISAACSON
　　　　　　　　　　　　　　　ericalanisaacson@icloud.com
　　　　　　　　　　　　　　　(858) 263-9581
　　　　　　　　　　　　　　6580 Avenida Mirola
　　　　　　　　　　　　　　La Jolla, CA 92037

Attorneys for *Amici Curiae*:
Unitarian Universalist Association, Union for Reform Judaism, Central Conference of American Rabbis, Southeast Conference of the United Church of Christ, Universal Fellowship of Metropolitan Community Churches, *et al.*

-3-

## CERTIFICATE OF COMPLIANCE

I hereby certify that this Motion, which has been prepared in proportionally spaced Century Schoolbook 14-point font, complies with the type-volume limitation of Fed.R.App.P. 27(d)(2), the typeface requirements of Fed.R.App.P. 32(a)(5), and the type requirements of Fed.R.App.P. 27(d)(1)(E). It contains 260 words as counted by Microsoft Word for Mac (version 16.64 (22081401)) word-processing system used to prepare the Motion, exclusive of the parts of the Motion exempted from the type-volume limitation by Fed.R.App.P. 32(f).

                                         /s/Susan Kay Weaver
                                         Susan Kay Weaver

                                         6580 Avenida Mirola
                                       La Jolla, CA   92037-6231
                                       Phone: (619) 368-4562
                                       email: susankayweaver@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2022, I am electronically filing the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit using the CM/ECF system, which will send notice of this filing to all parties through their counsel of record as indicated on the electronic filing receipt.

                                  /s/Susan Kay Weaver
                                  Susan Kay Weaver

                                  6580 Avenida Mirola
                                  La Jolla, CA   92037-6231
                                  Phone: (619) 368-4562
                                  email: susankayweaver@gmail.com