

**STATE OF ALABAMA**
**OFFICE OF THE ATTORNEY GENERAL**

STEVE MARSHALL
ATTORNEY GENERAL

501 WASHINGTON AVENUE
MONTGOMERY, AL 36130
(334) 242-7300
WWW.AGO.ALABAMA.GOV

January 9, 2023

Mr. David J. Smith, Clerk of Court
U.S. Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**Re:** *Eknes-Tucker v. Governor of the State of Alabama*, No. 22-11707
Rule 28(j) Supplemental Authority Letter

Dear Mr. Smith:

At oral argument, this Court asked about the schedule of the permanent injunction phase of the district court's proceedings. *See* Oral Arg. Recording, *Eknes-Tucker v. Gov. of Ala.*, No. 22-11707, at 14:19-15:30; 29:12-29:50.

Since then, the district court has adjusted the schedule, moving the trial up by two months from October 2023 to August 21, 2023. *See* Doc. 216. Dispositive motions must be filed by July 14, 2023.

Respectfully submitted,

Steve Marshall
  *Alabama Attorney General*

s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr.
  *Solicitor General*

A. Barrett Bowdre
Thomas A. Wilson
  *Deputy Solicitors General*

James W. Davis
  *Deputy Attorney General*

Benjamin M. Seiss

Christopher Mills

SPERO LAW LLC
557 East Bay Street
#22251
Charleston, SC 29451
Telephone: (843) 606-0640
cmills@spero.law

*Assistant Attorney General*

STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov

*Counsel for State Defendants*

# CERTIFICATE OF COMPLIANCE

1. I certify that this document complies with the type-volume limitations set forth in Fed. R. App. P. 28(j) and 11th Cir. R. 28, I.O.P. 6. The document contains 71 words, including all headings, footnotes, and quotations, and excluding the parts of the brief exempted under Fed. R. App. P. 32(a)(7)(B)(iii).

2. In addition, this brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

s/ Edmund G. LaCour Jr.  
Edmund G. LaCour Jr.  
*Counsel for State Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed on January 9, 2023, using the CM/ECF Document Filing System, which will send notification of such filing to all noticed parties.

s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr.
*Counsel for State Defendants*
