UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BRIANNA BOE**, *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 2:22-cv-184-LCB |
| ) | |
| **STEVE MARSHALL**, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

### SECOND AMENDED SCHEDULING ORDER

For good cause shown under Federal Rule of Civil Procedure 16(b)(4), the Court **AMENDS** the first amended scheduling order (Doc. 199) as follows:

**Discovery Cutoff:** All discovery must be commenced in time to be completed by June 9, 2023.

**Dispositive Motions:** All potentially dispositive motions, including Daubert motions, must be filed by July 14, 2023.

**Expert Testimony:** Unless modified by court order for good cause shown, the disclosures of expert witnesses—including a complete report under Fed.R.Civ.P. 26(a)(2)(B) from any specially retained or employed expert—are due:

    From plaintiffs by January 23, 2023.

    From defendants by March 20, 2023.

**Final Lists:** Lists of trial witnesses and exhibits must be filed by July 21, 2023. Any objections to such lists, including objections under Federal Rule of Civil Procedure 26(a)(3), must be filed within fourteen days thereafter.

**Trial:** Trial is scheduled to begin on August 21, 2023, at 9:00 a.m. CDT. The trial shall occur at the Frank M. Johnson Jr. United States Courthouse in Montgomery, Alabama.

All other requirements of the initial Scheduling Order remain in effect.

**DONE** and **ORDERED** January 6, 2023.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE