No. 22-11707

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

PAUL A. EKNES-TUCKER, et al.,
*Plaintiffs-Appellees*,

&

UNITED STATES OF AMERICA
*Intervenor-Plaintiff-Appellee,*

v.

GOVERNOR OF THE STATE OF ALABAMA, *et al.*,
*Defendants-Appellants.*

On Appeal from the United States District Court
for the Middle District of Alabama
Case No. 2:22-cv-184-LCB

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS-APPELLEES

| | |
|---|---|
| Kelly Perigoe | Melody H. Eagan |
| Anne M. Voigts | Jeffrey P. Doss |
| Yusuf Saei | Amie A. Vague |
| KING & SPALDING LLP | LIGHTFOOT FRANKLIN & WHITE LLC |
| 633 West 5th Street | 400 20th Street North |
| Suite 1600 | Birmingham, AL 35203 |
| Los Angeles, CA 90071 | (205) 581-0700 |
| (213) 443-4355 | |

*Counsel for Plaintiffs-Appellees (Additional counsel listed on the following page)*

Brent P. Ray
Abigail H. Terry
KING & SPALDING LLP
110 North Wacker Drive, Suite 3800
Chicago, IL 60606
(312) 995-6333

David Mattern
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006
(202) 737-0500

Adam Reinke
KING & SPALDING LLP
1180 Peachtree Street NE
Atlanta, GA 30309
(404) 572-4600

Asaf Orr
Christopher Stoll
NATIONAL CENTER FOR
LESBIAN RIGHTS
870 Market Street
Suite 370
San Francisco, CA 94102
(415) 365-1326

Scott D. McCoy
SOUTHERN POVERTY LAW
CENTER
2 South Biscayne Blvd.,
Suite 3750
Miami, FL 33131
(334) 224-4309

Jennifer L. Levi
GLBTQ LEGAL ADVOCATES
& DEFENDERS
18 Tremont Street, Suite 950
Boston, MA 02108
(617) 426-1350

*Counsel for Plaintiffs-Appellees*

*Paul Eknes-Tucker v. Governor of the State of Alabama*, No. 22-11707

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Eleventh Circuit Rule 26.1-1, counsel for Plaintiff-Appellees certify that they believe the Certificate of Interested Persons (CIP) filed by Defendants-Appellants in their reply brief on August 31, 2022 is correct and complete.

*s/Asaf Orr*
Asaf Orr

# MOTION TO WITHDRAW AS COUNSEL FOR
# PLAINTIFFS-APPELLEES

Asaf Orr hereby moves to withdraw as counsel of Plaintiffs-Appellees and states the following:

1. Mr. Orr will be leaving the National Center for Lesbian Rights on February 3, 2023, to work as an attorney for the State of California and will no longer be working on this litigation.

2. Another attorney at the National Center for Lesbian Rights, Christopher Stoll, has entered his appearance and will continue to represent Plaintiffs-Appellees in this matter along with existing co-counsel.

3. Mr. Orr's withdrawal as counsel will not cause any delay in this litigation.

Accordingly, Mr. Orr respectfully requests that he be permitted leave to withdraw as counsel for Plaintiffs-Appellees.

Dated: February 3, 2023

                                                */s/ Asaf Orr*
                                                Asaf Orr
                                                NATIONAL CENTER FOR LESBIAN RIGHTS
                                                870 Market Street, Suite 370
                                                San Francisco, CA 94102
                                                Telephone:  (415) 392-6257
                                                E-Mail:     aorr@nclrights.org

                                                *Attorney for Plaintiffs-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 3rd day of February, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all registered counsel. I hereby certify that I have served the foregoing via electronic mail and/or U.S. Mail to all non-ECF participants.

>　　*s/Asaf Orr*
>　　Asaf Orr
>　　NATIONAL CENTER FOR
>　　LESBIAN RIGHTS
>　　870 Market Street, Suite 370
>　　San Francisco, CA 94102
>　　Telephone:　(415) 392-6257
>　　E-mail:　　aorr@nclrights.org

## CERTIFICATE OF COMPLIANCE

1.      I certify that this motion complies with the type-volume limitations set forth in Federal Rule of Appellate Procedure 27(d)(2)(A).  The motion contains 109 words, excluding the parts of the motion exempted under Federal Rule of Appellate Procedure 32(f).

2.      In addition, this motion complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

*s/Asaf Orr*
Asaf Orr
NATIONAL CENTER FOR
LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102
Telephone:  (415) 392-6257
E-mail:     aorr@nclrights.org
