<a



**STATE OF ALABAMA**
**OFFICE OF THE ATTORNEY GENERAL**

STEVE MARSHALL
ATTORNEY GENERAL

501 WASHINGTON AVENUE
MONTGOMERY, AL 36130
(334) 242-7300
WWW.AGO.ALABAMA.GOV

June 23, 2023

Mr. David J. Smith, Clerk of Court
U.S. Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**Re:** *Eknes-Tucker v. Governor of the State of Alabama*, No. 22-11707
Response to Plaintiffs' Rule 28(j) Supplemental Authority Letter
Concerning *Brandt v. Rutledge*, No. 4:21-cv-450 (E.D. Ark. June 20, 2023).

Dear Mr. Smith:

Defendants have already explained why the *Brandt* court erred in granting a preliminary injunction (and why a panel of the Eighth Circuit erred in affirming that injunction): because "[t]he regulation of a medical procedure that only one sex can undergo does not trigger heightened constitutional scrutiny unless the regulation is a mere pretext designed to effect an invidious discrimination against members of one sex or the other." Reply Br. 19 (quoting *Dobbs v. Jackson Women's Health Org.*, 142 S. Ct. 2228, 2245-46 (2022) (cleaned up)).

At least the *Brandt* court's initial error pre-dated *Dobbs* (though not *Geduldig*). But that makes it all the more remarkable that its latest decision simply repeats its prior Equal Protection analysis thought for thought, without one citation to the Supreme Court's decision. For the *Brandt* court, as for the *Ladapo* court before it, it is as though *Dobbs* doesn't exist—wished away so that federal courts must defer to medical interest groups rather than the legislative bodies charged with regulating medicine. The *Brandt* court relied on *Bostock* and its Title VII analysis to find that Arkansas's regulation unlawfully discriminated "on the basis of sex" under the Equal Protection Clause, Op.65—even though half of the non-recused judges of the en banc Eighth Circuit have explained why "there is reason to be skeptical that" *Bostock*'s reasoning "reach[es] so far." *Brandt v. Rutledge*, No. 21-2875, 2022 WL 16957734, at *1 n.1 (8th Cir. Nov. 16, 2022) (Stras, J., joined by Gruender, Erickson,

Grasz, Kobes, JJ., dissenting from denial of rehearing en banc). Their citation? *Dobbs*. *Id.*

Like Plaintiffs, the court decisions Plaintiffs trot out as supplemental authority have no answer to *Dobbs*'s instruction that a State's medical regulation "is not a sex-based classification and is thus not subject to the 'heightened scrutiny' that applies to such classifications." 142 S. Ct. at 2245. As with "other health and safety measures," *id.* at 2246, rational-basis review applies. And the State had ample reason to protect children from interventions that, as even the *Brandt* court found, "can cause infertility" and "limit" sexual function. Op.39-40, 70. This Court should follow *Dobbs*.

Respectfully submitted,

Steve Marshall
  *Alabama Attorney General*

Christopher Mills

SPERO LAW LLC
557 East Bay Street
#22251
Charleston, SC 29451
Telephone: (843) 606-0640
cmills@spero.law

s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr.
  *Solicitor General*

A. Barrett Bowdre
  *Principal Deputy Solicitor General*

James W. Davis
  *Deputy Attorney General*

Benjamin M. Seiss
  *Assistant Attorney General*

STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov

*Counsel for State Defendants*

## CERTIFICATE OF COMPLIANCE

1. I certify that this document complies with the type-volume limitations set forth in Fed. R. App. P. 28(j) and 11th Cir. R. 28, I.O.P. 6. The document contains 350 words, including all headings, footnotes, and quotations, and excluding the parts of the brief exempted under Fed. R. App. P. 32(a)(7)(B)(iii).

2. In addition, this brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr.
*Counsel for State Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed on June 23, 2023, using the CM/ECF Document Filing System, which will send notification of such filing to all noticed parties.

s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr.
*Counsel for State Defendants*
