# In the
# United States Court of Appeals
# For the Eleventh Circuit

_____

No. 22-11707

_____

PAUL A. EKNES-TUCKER,
Rev.,
BRIANNA BOE,
individually and on behalf of her minor son, Michael Boe,
JAMES ZOE,
individually and on behalf of his minor son, Zachary Zoe,
MEGAN POE,
individually and on behalf of her minor daughter, Allison Poe,
KATHY NOE, et al.,
individually and on behalf of her minor son, Christopher Noe,

                                                                   Plaintiffs-Appellees,

*versus*

GOVERNOR, OF THE STATE OF ALABAMA,
ATTORNEY GENERAL, STATE OF ALABAMA,
DISTRICT ATTORNEY, FOR MONTGOMERY COUNTY,
DISTRICT ATTORNEY, FOR CULLMAN COUNTY,

DISTRICT ATTORNEY, FOR LEE COUNTY, et al.,

                                                    Defendants-Appellants.

_____

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 2:22-cv-00184-LCB-SRW

_____

ORDER:

The motions for leave to file an amicus brief in support of Appellees' petition for rehearing filed by Family Law and Constitutional Law Scholars, Lambda Legal Defense and Education Fund, Inc., Campaign for Southern Equality, Equality Florida, Family Equality, National Center for Transgender Equality, Southern Legal Counsel, Transgender Law Center, Transgender Legal Defense and Education Fund, Inc., Unitarian Universalist Association, Southeast Conference of the United Church of Christ, Universal Fellowship of Metropolitan Community Churches, and Global Justice Institute are DENIED as moot.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit
ENTERED FOR THE COURT - BY DIRECTION