# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 26, 2024

Clerk
United States Court of Appeals for the Eleventh
Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

Re: United States
v. Steven T. Marshall, Attorney General of Alabama, et al.
No. 24-582
(Your No. 22-11707)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 26, 2024 and placed on the docket November 26, 2024 as No. 24-582.

Sincerely,

**Scott S. Harris**, Clerk

by

Rashonda Garner
Case Analyst