# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

*Scott S. Harris*
Clerk of the Court
(202) 479-3011

June 26, 2025

Ms. Jennifer Lynn Levi, Esq.
GLBTQ Legal Advocates & Defenders
18 Tremont, Suite 950
Boston, MA 02108

Mr. Edmund Gerard LaCour, Jr., Esq.
Office of the Attorney General
501 Washington Ave.
Montgomery, AL 36130

Re: **Paul A. Eknes-Tucker, et al.
v. Att'y Gen. of AL, et al.
No. 24-612**

Dear Counsel:

Attached are certified copies of the joint stipulation for dismissal of the petition for writ of certiorari, filed on May 16, 2025, and the order of dismissal pursuant to Rule 46 of the Rules of this Court.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk- Judgments

Enc.

# Supreme Court of the United States

### No. 24–612

**PAUL A. EKNES-TUCKER, ET AL.,**

Petitioners

v.

**STEVEN T. MARSHALL, ATTORNEY GENERAL OF ALABAMA, ET AL.**

(6 June 2025). The foregoing joint stipulation for dismissal of the petition for writ of certiorari having been received by the Office of the Clerk, and no fees due the Clerk, the petition for writ of certiorari is now hereby dismissed pursuant to Rule 46 of the Rules of this Court.

SCOTT S. HARRIS
Clerk of the Supreme Court
of the United States

By: *Danny Bickell*

Danny Bickell
Deputy Clerk

IN THE SUPREME COURT OF THE UNITED STATES

No. 24-612

PAUL A. EKNES-TUCKER, et al., Petitioners

v.

STEVEN T. MARSHALL, ATTORNEY GENERAL OF ALABAMA, et al.

On Petition for a Writ of Certiorari to the United States Court of Appeals for the Eleventh Circuit

**JOINT STIPULATION TO DISMISS**

Pursuant to Rule 46.1 of this Court, all parties respectfully stipulate that Case No. 24-612 be dismissed. No fees are due to the Clerk, and each party will bear its own costs.

Respectfully submitted,

Jennifer Levi
GLBTQ Legal Advocates & Defenders
18 Tremont Street, Suite 950
Boston, MA 02108
jlevi@glad.org
(617) 426-1350

Counsel for Petitioners

Edmund G. LaCour Jr.
Solicitor General
State of Alabama
501 Washington Ave.
Montgomery, AL 36130
Edmund.LaCour@AlabamaAG.gov
(334) 242-7300

Counsel for Respondents

May 9, 2025

A true copy SCOTT S. HARRIS
Test
May 15, 2025
Clerk of the Supreme Court of the United States
By: Danny Bickell